# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00109-CV

**Rosa E. Santis and Rosa Santis, Appellants**

**v.**

**Travis Central Appraisal District, Appellee**

## FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-GN-17-004778, THE HONORABLE TIM SULAK, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

We grant appellants' motion for rehearing, withdraw the opinion and judgment dated July 9, 2019, and reinstate this appeal.

It is ordered on September 17, 2019.

Before Justices Goodwin, Baker, and Kelly